UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 21, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MORREY SELCK

Defendant.

Case No. 2:17-cr-00066-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MORREY SELCK Case No. 2:17-cr-00066-CKD Charge 18 USC § 111(a)(1) from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_ Appearance Bond with Surety

\_\_\_\_ Corporate Surety Bail Bond

X  (Other): Defendant released to the custody of the State subject to the State hold.

Issued at Sacramento, California on June 21, 2018 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman