MCGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORREY SELCK,<br><br>Defendant. | CASE NO. 2:17-CR-00066 CKD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 21, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 21, 2018.

2. By this stipulation, defendant now moves to continue the status conference until November 15, 2018, and to exclude time between September 21, 2018, and November 15, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes multiple reports and a video recording. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1     b)    Counsel for defendant desires additional time to conduct investigation, conduct

2 legal research, and to review discovery with Mr. Selk.

3     c)    The Court excluded time under Local Code T4 at the status conference on

4 September 21, 2018. Mr. Selk did not appear for that status conference, and there was no waiver

5 of appearance on file. Defense counsel has since spoken with Mr. Selk, who has stated that he

6 agrees with the bases for the exclusion of time stated on the record during that status conference

7 and noted above in paragraph 3.b.

8     d)    Counsel for defendant believes that failure to grant the above-requested

9 continuance would deny him/her the reasonable time necessary for effective preparation, taking

10 into account the exercise of due diligence.

11     e)    The government does not object to the continuance.

12     f)    Based on the above-stated findings, the ends of justice served by continuing the

13 case as requested outweigh the interest of the public and the defendant in a trial within the

14 original date prescribed by the Speedy Trial Act.

15     g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16 et seq., within which trial must commence, the time period of September 21, 2018 to November

17 15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

18 Code T4] because it results from a continuance granted by the Court at defendant's request on

19 the basis of the Court's finding that the ends of justice served by taking such action outweigh the

20 best interest of the public and the defendant in a speedy trial.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 25, 2018                    McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ CAMERON L. DESMOND
                                              CAMERON L. DESMOND
                                              Assistant United States Attorney

Dated:  September 25, 2018                    /s/ LINDA ALLISON
                                              LINDA ALLISON
                                              Counsel for Defendant
                                              MORREY SELCK

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated:  October 1, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE