HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
linda.allison@fd.org

Attorney for Defendant
MORREY SELCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00066-CKD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| MORREY SELCK, | DATE: November 15, 2018 |
| Defendant. | TIME: 9:30 a.m. |
| | JUDGE: Hon. Carolyn K. Delaney |

The Federal Public Defender's Office through Linda Allison, counsel for defendant Morrey Selck, and the United States, through its counsel Assistant United States Attorney Cameron Desmond, hereby stipulate to vacate the status conference scheduled for November 15, 2018 at 9:30 a.m. and set the status conference for December 13, 2018, at 9:30 a.m.

Mr. Selck is represented by the Federal Public Defender's Office and is currently in California state custody as part of Sacramento County's Veterans Treatment Court. On October 26, 2018, Mr. Selck was ordered by Hon. David W. Abbott to undergo a psychiatric evaluation. The results of Mr. Selck's evaluation are still pending. The parties agree that defense counsel needs additional time to receive the results of Mr. Selck's evaluation, conduct investigation, and consult with Mr. Selck.

/ / /

/ / /

Stipulation and Order to Vacate Status Conference

In light of the fact that Mr. Selck is currently undergoing state proceedings, the parties request to continue the current status conference date of November 15, 2018, at 9:30 a.m. to December 13, 2018, at 9:30 am.

The parties further stipulate that for the purpose of computing time under the Speedy trial Act, the Court should exclude time from the date of this order through December 13, 2018, pending the results of Mr. Selck's psychiatric examination. 18 U.S.C. § 3161(h)(1)(A), (h)(7)(A), and (B)(iv) [Local Codes A and T4].

Respectfully submitted,

DATE: November __, 2018     HEATHER E. WILLIAMS
                            Federal Defender

                            */s/ Linda Allison*
                            LINDA ALLISON
                            Assistant Federal Defender
                            Attorney for Morrey Selck

DATED: November __, 2018    McGREGOR W. SCOTT
                            United States Attorney

                            */s/ Cameron Desmond*
                            Cameron Desmond
                            Assistant United States Attorney
                            Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MORREY SELCK, <br><br> Defendant. | Case No. 2:17-CR-00066-CKD <br><br> [~~PROPOSED~~] ORDER TO CONTINUE CONFERENCE |

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the ends of justice are served by continuing the currently scheduled status conference. It is ordered the November 15, 2018 status conference shall be continued to December 13, 2018 at 9:30 a.m. before Hon. Carolyn K. Delaney.

The parties further stipulate that for the purpose of computing time under the Speedy trial Act, the Court should exclude time from the date of this order through December 13, 2018, pending the results of Mr. Selck's psychiatric examination. 18 U.S.C. § 3161(h)(1)(A), (h)(7)(A), and (B)(iv) [Local Codes A and T4].

Dated: November 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE