HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant
MORREY SELCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00066-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) SENTENCING HEARING |
| MORREY SELCK, | ) DATE: February 4, 2020 |
| Defendant. | ) TIME: 9:30 a.m. |
|  | ) JUDGE: Hon. Carolyn K. Delaney |

The Federal Public Defender's Office through Linda Allison, counsel for defendant Morrey Selck, and the United States, through its counsel Assistant United States Attorney Cameron Desmond, hereby stipulate to vacate the sentencing hearing scheduled for December 2, 2019, at 9:30 a.m. and set it instead for February 4, 2020, at 9:30 a.m.

Formal objections and sentencing memorandums will be due by January 21, 2020. The final presentence report shall be filed by January 7, 2020.

Respectfully submitted,

DATE: November 27, 2019    HEATHER E. WILLIAMS
                           Federal Defender

                           */s/ Linda Allison*
                           LINDA ALLISON
                           Assistant Federal Defender

Stipulation and Order to Vacate and Re-Set Sentencing Hearing

| | |
|---|---|
| | Attorney for Morrey Selck |
| DATED: November 27, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Cameron Desmond*<br>Cameron Desmond<br>Assistant United States Attorney<br>Attorney for Plaintiff |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00066-CKD |
| Plaintiff, | ) ORDER TO CONTINUE SENTENCING |
| v. | ) HEARING |
| MORREY SELCK, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the ends of justice are served by continuing the currently scheduled sentencing hearing date. It is ordered the December 2, 2019 sentencing hearing shall be continued to February 4, 2020 at 9:30 a.m. before Hon. Carolyn K. Delaney.

Dated: November 27, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Vacate and Re-Set Sentencing Hearing